UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

**KEENA HAYES ROMERO**  CIVIL ACTION 13-243

VERSUS  JUDGE HAIK

**U.S. COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION**
**MAGISTRATE JUDGE HANNA**

---

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

It is hereby held the decision of the Commissioner is **AFFIRMED** and this matter is **DISMISSED WITH PREJUDICE.**

THUS DONE and SIGNED on this 6th day of August, 2014.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA